1   CLEMENTE M. JIMÉNEZ, SBN 207136
2   428 J Street, Suite 355
    Sacramento, CA 95814
3   (916) 443-8055

4   Attorney for Defendant
5   ANTONIO SILVA

6            IN THE UNITED STATES DISTRICT COURT

7        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          Case No.: 12-cr-00370 MCE
10
               Plaintiff,              STIPULATION AND ORDER
11                                     VACATING DATE, CONTINUING
12        v.                           CASE, AND EXCLUDING TIME

13  ANTONIO SILVA, et al.,             DATE:   December 6, 2012
14                                     TIME:   9:00 a.m.
                                       JUDGE:  Hon. Morrison C. England, Jr.
15             Defendants.

16  _____

17        IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18  Olusere Olowoyeye, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel

19  for Defendant ANTONIO SILVA, Jeffrey Staniels, Counsel for Defendant YONI SOSA,

20  and Dina Santos, Counsel for Defendant Jose Lopez, that the status conference scheduled

21  for December 6, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's

22  criminal calendar on January 10, 2013, at 9:00 a.m. for further status conference.  The

23  government has indicated that there remains discovery outstanding, which counsel will

24  require additional time to review.

25        IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18

26  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

27  (Local code T-4), and that the ends of justice served in granting the continuance and

28

1    allowing the defendants further time to prepare outweigh the best interests of the public

2    and the defendant to a speedy trial.

3

4    DATED:        December 5, 2012         /S/    Olusere Olowoyeye_____
                                            OLUSERE OLOWOYEYE
5                                           Attorney for Plaintiff

6

7                                           /S/    Clemente M. Jiménez_____
                                            CLEMENTE M. JIMÉNEZ
8                                           Attorney for Antonio Silva

9

10                                          /S/    Jeffrey Staniels_____
                                            JEFFREY STANIELS
11                                          Attorney for Yoni Sosa

12

13                                          /S/    Dina Santos_____
                                            DINA SANTOS
14                                          Attorney for Jose Lopez

15

16                                        **ORDER**

17

18   IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled

19   for December 6 2012, at 9:00 a.m., be vacated and the matter continued to January 10,

20   2013, at 9:00 a.m. for further status conference.

21

22   Dated:  December 6, 2012

23                                          _____
                                            MORRISON C. ENGLAND, JR
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28