```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YONI OVIDIO SOSA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>YONI OVIDIO SOSA,<br>ANTONIO SILVA,<br>JOSE LOPEZ<br>　　　　Defendants. | No. 2:12-cr-00370-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO March 7, 2013<br><br>Date:　January 10, 2013<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** and agreed to among the UNITED STATES OF AMERICA through Olusere Olowoyeye, Assistant United States Attorney, YONI OVIDIO SOSA, by and through his counsel, Jeffrey L. Staniels, Assistant Federal Defender, ANTONIO SILVA, by and through his counsel Clemente Jimenez, and JOSE LOPEZ, by and through his attorney Dina Santos, that the status conference in the above-captioned case be continued from January 10, 2013 to March 7, 2013, at 9:00 a.m. for status conference.

This continuance is sought to permit further defense preparation including consideration of pretrial motions and possible non-trial disposition, and accounts for the schedules of counsel, including particularly involvement in a month long trial by Mr. Jimenez in February.

**IT IS ALSO STIPULATED** that the interests of justice furthered by granting this continuance outweigh the interests of the public and the defendant in a speedy trial and that time for trial under the Speedy Trial Act be excluded between January 10, 2013, and March 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED**.

Dated: January 8, 2013          */s/ J. Staniels for*
                                OLUSERE OLOWOYEYE
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: January 8, 2013          */s/ Jeffrey L. Staniels*
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                YONI OVIDIO SOSA

Dated: January 8, 2013          */s/ Clemente Jimenez*
                                CLEMENTE JIMENEZ
                                Counsel for Defendant
                                ANTONIO SILVA

Dated: January 8, 2013          */s/ Dina Santos*
                                DINA SANTOS
                                Counsel for Defendant
                                JOSE LOPEZ

///

///

///

Stipulation & Order
Continuing Case                 2

**O R D E R**

The stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's January 10, 2013 calendar, and re-calendared for status conference on March 7, 2013 at 9:00 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is therefore excluded from the time of filing this stipulation through and including March 7, 2013.

**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                             3