1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   YONI OVIDIO SOSA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. 2:12-cr-370 MCE
                                     )
13                  Plaintiff,       )
                                     )  STIPULATION AND ORDER CONTINUING
14       v.                          )  CASE AND EXCLUDE TIME
                                     )
15  YONI OVIDIO SOSA, et. al.,       )
                                     )  Date:  March 7, 2013
16                                   )  Time:  9:00 a.m.
                    Defendants.      )  Judge: Morrison C. England, Jr.
17  _____ )

18        **IT IS HEREBY STIPULATED** by and among Assistant United States

19  Attorney, Olusere Olowoyeye, counsel for Plaintiff, Assistant Federal

20  Defender Jeffrey L. Staniels, counsel for defendant, YONI OVIDIO SOSA,

21  Clemente Jimenez, counsel for defendant, ANTONIO NAVARRO SILVA, and

22  Dina Lee Santos, counsel for defendant, JOSE GILBERTO LOPEZ that the

23  status conference now set for March 7, 2013, should be vacated and the

24  matter continued to April 11, 2013, at 9:00 a.m. for status conference.

25  This continuance is sought in order to consult with clients regarding

26  investigation, motions, procedural options open to clients, and other

27  aspects of defense preparation.

28  / / /

1   **IT IS ALSO STIPULATED** that the interests of justice furthered by
2   granting this continuance outweigh the interests of the public and the
3   defendant in a speedy trial.

4   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5   Trial Act be excluded between March 7, 2013, and April 11, 2013,
6   pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time
7   to prepare).

8   **IT IS SO STIPULATED.**

9   Respectfully submitted,

10  Dated:  March 5, 2013          */s/ Olusere Olowoyeye*
                                   Olusere Olowoyeye
11                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
12
    Dated:  March 5, 2013          */s/ Clemente Jimenez*
13                                 Clemente Jimenez
                                   Attorney for Antonio Navarro Silva
14
    Dated:  March 5, 2013          */s/ Dina L. Santos*
15                                 Dina L. Santos
                                   Attorney for Jose Gilberto Lopez
16

17  Dated:  March 5, 2013          */s/ Jeffrey Lewis Staniels*
                                   Jeffrey Lewis Staniels
18                                 Assistant Federal Defender
                                   Attorney for Yoni Ovidio Sosa
19

20

21  **O R D E R**

22  Based on the above representations of counsel the court finds that
23  the requested continuance is appropriate and that the interests of the
24  government and the defense in granting this continuance outweigh the
25  interests of the defendants and the public in a speedy trial.  The
26  requested continuance is therefore GRANTED. Time for trial under the
27  Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from March 7
28  2013, through April 11, 2013, pursuant to 18 U.S.C. §3161(h)(7(A)

-2-

&(B)(iv) and Local Code T-4.

       **IT IS SO ORDERED.**

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE