```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOSE GILBERTO LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 12-0370 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| Jose Gilberto Lopez, et al, | ) |
| Defendant. | ) |
| | ) Date   May 30, 2013 |
| _____ | ) Time:  9:00 a.m. |
| | ) Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Olosere Olowoyeye, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Gilberto Lopez; Attorney Jeffrey Staniels, Counsel for Yoni Sosa; Attorney Clemente Jiminez, Counsel for Antonio Silva, that the status conference scheduled for April 11, 2013, be vacated and the matter be continued to this Court's criminal calendar on May 30, 2013,at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution.

The parties further stipulate and agree that the Court shall find

that:  (1) the failure to grant a continuance in this case would deny defendant and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial; and (3) the time period from the date of this stipulation, to and including, the new status conference hearing shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

It is further stipulated that all parties have conferred and agreed to the May 30,2013 date, and that all parties have consented to Ms. Santos signing and submitting this stipulation.

**IT IS SO STIPULATED.**

Dated: April 9, 2013         /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for
                             Jose Gilberto Lopez

Dated: April 9, 2013         /S/ Jeffrey Staniels
                             JEFFREY STANIELS
                             Attorney for
                             Yoni Sosa

Dated: April 9, 2013         /S/ Clemente Jiminez
                             CLEMENTE JIMINEZ
                             Attorney for
                             Antonio Silva

Dated: April 9, 2013         /S/ Olosere Olowoyeye
                             OLOSERE OLOWOYEYE
                             Assistant United States Attorney

**O R D E R**

The status conference scheduled for April 11, 2013, be vacated and the matter be continued to this Court's criminal calendar on May 30, 2013, at 9:00 a.m. for further status.

IT IS SO ORDERED.

Date: April 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE